| | |
|---|---|
| **JIMMY DIX, JR.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | )   **Case No. 3:23-cv-00923** |
| **NYRSTAR CLARKSVILLE, INC.,** | )   **Judge Aleta A. Trauger** |
| | ) |
| **Defendant.** | ) |

## ORDER

For the reasons set forth in the accompanying Memorandum, plaintiff Jimmy Dix, Jr.'s Objections and construed objections (Doc. Nos. 60, 61, 62) are **OVERRULED**. The Magistrate Judge's Report and Recommendation ("R&R") (Doc. No. 59) is **ACCEPTED IN ITS ENTIRETY**, and the Motion to Dismiss for Failure to Prosecute (Doc. No. 41) filed by defendant Nyrstar Clarksville, Inc. is **GRANTED**. This case is **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(b).

All other pending motions are **DENIED AS MOOT**.

This is the final Order in this case, for purposes of Federal Rule of Civil Procedure 58.

 

_____
ALETA A. TRAUGER
United States District Judge